No. 131. REVERE WATER COMPANY, PLAINTIFF IN ERROR, *v.* THE INHABITANTS OF THE TOWN OF WINTHROP. In error to the Supreme Judicial Court of the State of Massachusetts. September 21, 1907. Dismissed, pursuant to the twenty-eighth rule. *Mr. A. E. Pillsbury* for plaintiff in error. *Mr. Lauriston L. Scaife* for defendants in error.